IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      CASE NO. 1:10-cr-00013-MP-AK

JAMES LEE EARLY,

    Defendant.

_____/

**O R D E R**

       This matter is before the Court on Motion Transfer Jurisdiction by USA as to James Lee Early. Defendant was indicted in the Northern District of Florida and is currently being held by the United States Marshal Service in the Middle District of Florida. Federal Rule of Criminal Procedure 20(a)(2) allows transfer from the district where the indictment or information is pending to the district where the defendant is held, if the defendant states a wish to waive trial in the transferor district, plead guilty in the transferee district, and United States Attorneys in both districts approve the transfer in writing. Here, the defendant has filed such a statement, which bears the approval of both United States Attorneys, Doc. 5, Attachment 1. Defendant has also consented to the transfer in writing, reciting that he intends to plead guilty, which would allow transfer under Fed. R. Crim. P. 20(a)(1). Accordingly, the Motion to Transfer Jurisdiction is GRANTED.

       **DONE AND ORDERED** this _7th_ day of July, 2010

                                        *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge